## CLARK TRUCKING OF HOPE MILLS v. LEE PAVING CO.

No. 120P93

Case below: 109 N.C.App. 71

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

## DARNELL v. AETNA CASUALTY & SURETY CO.

No. 164P93

Case below: 109 N.C.App. 488

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

## DURHAM CITY BOARD OF EDUCATION v. NATIONAL UNION FIRE INS. CO.

No. 152P93

Case below: 109 N.C.App. 152

Petition by defendant (National Union Fire Insurance Company of Pittsburgh, Pennsylvania) for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

## EATMON v. JOYNER

No. 161P93

Case below: 109 N.C.App. 488

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

## HALVERSON v. HALVERSON

No. 38P93

Case below: 108 N.C.App. 786

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.